Jack ALLEN and C. E. Wampler, Appellants, v. STATE of Texas, Appellee.

No. 23708.

Court of Criminal Appeals of Texas.

May 21, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Jack Allen and C. E. Wampler were jointly tried for robbery by assault and in separate verdicts were each assessed a term of five years by the jury. They have both appealed to this court. On May 6, 1947, C. E. Wampler executed before the District Clerk of Howard County his affidavit requesting this court to allow him to withdraw his appeal so that he can immediately begin serving his sentence. Accordingly, his request is granted and his appeal is dismissed without prejudice to the rights of the appellant, Jack Allen.

Therefore, the appeal of C. E. Wampler, appellant, is dismissed at his request.

Sam CHATTON, Appellant, v. STATE of TEXAS, Appellee.

No. 23750.

Court of Criminal Appeals of Texas.

June 4, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for murder. The penalty assessed is confinement in the state penitentiary for a term of two years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The motion is granted and the appeal is ordered dismissed.

Bud GIBSON, Appellant, v. STATE of Texas, Appellee.

No. 23735.

Court of Criminal Appeals of Texas.

May 14, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is rape. The penalty assessed is confinement in the state penitentiary for a period of ten years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The motion is granted and the appeal is ordered dismissed.

Emmett McFALL, Appellant, v. STATE of Texas, Appellee.

No. 23640.

Court of Criminal Appeals of Texas.

April 16, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Proper affidavit having been filed, the appellant's motion to withdraw this appeal is granted and the clerk is directed to so certify.